ANTHONY C. OCEGUERA, State Bar No. 259117
HOLDEN LAW GROUP
1522 Lincoln Way
Auburn, CA 95603-5015
anthony@holdenlawgroup.com
Telephone:  530.888.0901
Facsimile:   530.888.0902

Attorneys for Defendant
CHILDREN'S RECEIVING HOME
OF SACRAMENTO

Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: 916.446.2000
Facsimile: 916.447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com

Attorneys for Plaintiff
TINA CANUPP

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CANUPP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHILDREN'S RECEIVING HOME OF SACRAMENTO; and DOES 1 to 25, inclusive<br><br>　　　　　Defendants. | Case No. 2:14-CV-01185-WBS-EFB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

This stipulation is made by and between Defendant Children's Receiving Home of Sacramento ("Defendant"), through its counsel Anthony Oceguera, and Plaintiff Tina Canupp ("Plaintiff"), through her counsel Natalia D. Asbill, in light of the following facts:

/ / /

/ / /

HOLDEN LAW GROUP
1522 LINCOLN WAY
AUBURN, CA 95603
530.888.0901

STIPULATION AND ORDER TO MODIFY        1        Case 2:14-CV-01185-WBS-EFB
PRETRIAL SCHEDULING ORDER

# RECITALS

WHEREAS, this Court entered its Status (Pretrial Scheduling) Order on September 11, 2014, Docket No. 10;

WHEREAS, pursuant to this Order, the parties are to complete all discovery (non-expert and expert) by September 21, 2015;

WHEREAS, pursuant to this Order, all discovery-related motions must be filed by September 21, 2015, and all other motions are to be filed by September 28, 2015;

WHEREAS, the Final Pretrial Conference is set for December 7, 2015 at 2:00 p.m. in Courtroom No. 5;

WHEREAS, trial is set for February 9, 2016, at 9:00 a.m.;

WHEREAS, the parties have completed written discovery, including interrogatories and requests for production of documents;

WHEREAS, Defendant has obtained medical releases from plaintiff and obtained medical records from the majority of plaintiff's treating doctors;

WHERAS, Defendant has taken one day of plaintiff's deposition and the parties are in the course of meeting and conferring regarding the completion of plaintiff's deposition;

WHEREAS, Plaintiff received medical treatment from numerous treating doctors and is still undergoing medical treatment and Defendant has yet to take the depositions of treating doctors;

WHEREAS, Plaintiff has noticed the depositions of several current employees of Defendant, and has or is attempting to serve deposition subpoenas on former employees, and the parties are meeting and conferring regarding the scheduling of these depositions;

WHEREAS, Plaintiff has served deposition subpoenas to law firms for records relating to a lawsuit filed against Defendant by former clients of Defendant and whereas the parties will need to meet and confer regarding said subpoenas;

WHEREAS, the parties are engaging in meaningful settlement negotiations and desire to participate in private mediation, but need additional time to determine whether a settlement can be reached in this case;

WHEREAS, the parties desire to minimize expenditure of resources and reserve available

HOLDEN LAW GROUP
1522 LINCOLN WAY
AUBURN, CA 95603
530.888.0901

STIPULATION AND ORDER TO MODIFY         2         Case 2:14-CV-01185-WBS-EFB
PRETRIAL SCHEDULING ORDER

moneys to settle their disputes rather than incur costs on discovery at this time;

WHEREAS, the parties have not previously obtained and/or requested a modification of the Court's Scheduling Order;

WHEREAS, the parties agree that it would be in their collective best interests to extend the current deadlines in the Order as follows:

1. The deadlines to complete discovery and file any discovery-related motions should be extended through December 30, 2015;

2. The deadline to file dispositive motions should be extended through December 14, 2015:

3. The Final Pretrial Conference should be reset for February 1, 2016.

4. Trial should be reset for March 22, 2016 at 9:00.

Dated: August 27, 2015                    HOLDEN LAW GROUP


                                          By:  Anthony Oceguera /s/
                                               ANTHONY C. OCEGUERA
                                               Attorneys for Defendant CHILDREN'S
                                               RECEIVING HOME OF SACRAMENTO


Dated: August 27, 2015                    PERKINS & ASSOCIATES


                                          By:  Natalia Asbill /s/
                                               NATALIA D. ASBILL
                                               Attorney for Plaintiff TINA CANUPP

HOLDEN LAW GROUP
1522 LINCOLN WAY
AUBURN, CA 95603
530.888.0901

STIPULATION AND ORDER TO MODIFY        3        Case 2:14-CV-01185-WBS-EFB
PRETRIAL SCHEDULING ORDER

# ORDER

**PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE SHOWING, THE COURT AMENDS THE PRETRIAL SCHEDULING ORDER AS FOLLOWS:**

1. The deadlines to complete discovery and file any discovery-related motions are extended to <u>December 30, 2015</u>.

2. The deadline to file dispositive motions is extended to <u>February 29, 2016</u>.

3. The Final Pretrial Conference is reset to <u>April 25, 2016 at 2:00 p.m.</u>

4. Jury Trial is reset to <u>June 28, 2016 at 9:00 a.m.</u>

Dated: August 27, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE