ANTHONY C. OCEGUERA, State Bar No. 259117
HOLDEN LAW GROUP
1522 Lincoln Way
Auburn, CA  95603-5015
anthony@holdenlawgroup.com
Telephone:    530.888.0901
Facsimile:     530.888.0902

Attorneys for Defendant
CHILDREN'S RECEIVING HOME
OF SACRAMENTO

Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:  916.446.2000
Facsimile: 916.447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com

Attorneys for Plaintiff
TINA CANUPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CANUPP,<br><br>   Plaintiff,<br><br>v.<br><br>CHILDREN'S RECEIVING HOME OF SACRAMENTO; and DOES 1 to 25, inclusive<br><br>   Defendants. | Case No. 2:14-CV-01185-WBS-EFB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

This stipulation is made by and between Defendant Children's Receiving Home of Sacramento ("Defendant"), through its counsel Anthony Oceguera, and Plaintiff Tina Canupp ("Plaintiff"), through her counsel Natalia D. Asbill, in light of the following facts:

/ / /

/ / /

HOLDEN LAW GROUP
1522 LINCOLN WAY
AUBURN, CA  95603
530.888.0901

**STIPULATION AND ORDER TO MODIFY**             1             Case 2:14-CV-01185-WBS-EFB
**PRETRIAL SCHEDULING ORDER**

## **RECITALS**

WHEREAS, this Court entered its Status (Pretrial Scheduling) Order on September 11, 2014, Docket No. 10;

WHEREAS, pursuant to the parties' stipulation, the Pretrial Scheduling Order was modified on August 27, 2015, extending the discovery deadlines through December 30, 2015, the dispositive motion filing deadline through February 29, 2016, the final pretrial conference to April 25, 2015, and the trial date to June 28, 2016 (see Stipulation and Order to Modify Pretrial Scheduling Order, Docket No. 14);

WHEREAS, both parties have completed a number of percipient witness depositions;

WHEREAS, plaintiff has noticed the depositions of several current employees of Defendant, and has or is attempting to serve deposition subpoenas on former employees, and the parties are meeting and conferring regarding the scheduling of these depositions and are having difficulties completing these deposition due to the holidays and the unavailability of witnesses;

WHEREAS, delays in obtaining medical records from a few of plaintiff's treating doctors' have prevented Defendant from taking those doctors' depositions, and has further prevented Defendant from completing Plaintiff's continued deposition;

WHEREAS, the parties are currently engaging in meaningful settlement negotiations (e.g., Defendant issued an offer of compromise and plaintiff recently issued a settlement demand), but need additional time to determine whether a settlement can be reached in this case;

WHEREAS, the parties desire to minimize expenditure of resources and reserve available moneys to settle their disputes rather than incur costs on discovery at this time;

WHEREAS, the parties have previously only obtained and/or requested a modification of the Court's Scheduling Order one time, and at that time requested a brief extension of pertinent dates;

WHEREAS, the parties agree that it would be in their collective best interests to extend the current deadlines in the Order as follows:

1. The deadlines to complete discovery and file any discovery-related motions should be extended through January 31, 2016;

2. All other deadlines will remain as modified in Order to Modify Pretrial Scheduling Order, Docket No. 14.

Dated: December 14, 2015                HOLDEN LAW GROUP


                                        By:  <u>Anthony Oceguera /s/</u>
                                             ANTHONY C. OCEGUERA
                                             Attorneys for Defendant CHILDREN'S
                                             RECEIVING HOME OF SACRAMENTO


Dated: December 14, 2015                PERKINS & ASSOCIATES


                                        By:  <u>Natalia Asbill /s/</u>
                                             NATALIA D. ASBILL
                                             Attorney for Plaintiff TINA CANUPP


### ORDER

**PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE SHOWING, THE COURT AMENDS THE PRETRIAL SCHEDULING ORDER AS FOLLOWS:**

1. The deadlines to complete discovery and file any discovery-related motions are extended to January 31, 2016.

2. All other deadlines will remain as modified in Order to Modify Pretrial Scheduling Order, Docket No. 14.

Dated: December 14, 2015                _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

HOLDEN LAW GROUP
1522 LINCOLN WAY
AUBURN, CA 95603
530.888.0901

STIPULATION AND ORDER TO MODIFY        3        Case 2:14-CV-01185-WBS-EFB
PRETRIAL SCHEDULING ORDER