UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CANUPP, | No. 2:14-cv-1185-WBS-EFB |
| Plaintiff, | |
| v. | ORDER |
| CHILDREN'S RECEIVING HOME OF SACRAMENTO, and DOES 1 to 25, inclusive, | |
| Defendant. | |

This case was before the court on February 17, 2016, for hearing on defendant's motion to exceed the ten-deposition limit imposed by Federal Rule of Civil Procedure 30(a)(2)(A)(i) and to modify the court's scheduling order. ECF No. 17. Attorneys Natalia Asbill and Robin Perkins appeared on behalf of plaintiff; attorney Anthony Oceguera appeared on behalf of defendant.

For the reasons stated on the record, defendant's motion is granted in part and denied in part. Defendant's request to depose Renae Linder and Jay Hendrickson is granted. Each deposition shall be limited to two hours and shall be completed by no later than March 9, 2016. The deadline to complete discovery is extended to March 9, 2016, for the limited purpose of completing the depositions. Defendant's motion is denied in all other regards.

DATED: February 17, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE