UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CANUPP, | No. 2:14-cv-1185-WBS-EFB |
| Plaintiff, | |
| v. | ORDER |
| CHILDREN'S RECEIVING HOME OF SACRAMENTO, et al., | |
| Defendants. | |

Pending before the court is defendant's motion to compel non-party Hendrickson & Hunt Pain Management ("Hendrickson & Hunt") to produce Jay Hendrickson for deposition, which is noticed for hearing on March 23, 2016.[1] ECF No. 35. As addressed below, defendant has since withdrawn the motion but requested an extension of time to complete the deposition.[2] That request is granted.

This case was before the court on February 17, 2016, for hearing on defendant's motion to exceed the ten-deposition limit imposed by Federal Rule of Civil Procedure 30(a)(2)(A)(i) and to modify the court's scheduling order. ECF No. 17. That motion was granted in part and the

---

[1] This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1). *See* 28 U.S.C. § 636(b)(1).

[2] Accordingly, the court vacates the March 23, 2016 hearing.

1

1  discovery deadline was extended to March 9, 2016, for the limited purpose of completing the
2  depositions of Jay Hendrickson and another witness.  *Id*.

3       On March 7, 2016, defendant filed the instant motion to compel Hendrickson & Hunt to
4  produce Jay Hendrickson for deposition.[3]  The motion explains that defendant attempted to
5  contract Hendrickson's office of Hendrickson & Hunt to coordinate the scheduling of his
6  deposition.  ECF No. 35 at 4.  Defense counsel called and left messages with the office on four
7  occasions.  ECF No. 35 at 4; Declaration of Anthony Oceguera ¶ 7.  After receiving no response,
8  defendant served Hendrickson & Hunt with a deposition subpoena, through its agent for service
9  of process, Daniel Leman, setting the deposition for March 3, 3016 at Hendrickson & Hunt's
10 office in Folsom, California.  *Id*. ¶8, Ex. A.  Defense counsel appeared for the deposition on the
11 noticed date, but was informed that Mr. Hendrickson was not available.  *Id*. ¶ 10.

12      Defendant then filed the instant motion seeking to compel compliance with the deposition
13 subpoena.  ECF No. 35.  Defense counsel subsequently filed a supplemental declaration,
14 explaining that after he filed the motion Lanette Silva, the employee of Hendrickson & Hunt
15 responsible for coordinating depositions, contacted counsel and indicated that Hendrickson was
16 not available for the noticed deposition because he was out of the country.  Supplemental
17 Declaration of Oceguera ¶¶ 2-3.  Ms. Silvia also indicated that she had not contacted defense
18 counsel earlier because she was also out of the office the prior week.  *Id*. ¶ 3.  She also
19 represented that Hendrickson was willing to make himself available for deposition.  *Id*. ¶ 4.

20      After further discussions, defense counsel and Ms. Silva agreed to schedule Hendrickson's
21 deposition for April 21, 2016.  *Id*. ¶ 6.  Ms. Silva also submitted a declaration, confirming that
22 Hendrickson will be available for his deposition on that date.  ECF No. 37.  Defendant argues that
23 in light of these representations, there is good cause to permit Hendrickson's deposition to
24 proceed on April 21, 2016.  ECF No. 37 ¶ 8.  Further, counsel asserts that, given Ms. Silva's
25 cooperation, the motion to compel is withdrawn.  Instead, counsel "requests simply that the Court

26

27     [3]  Defendant had difficulty personally serving Mr. Hendrickson with a deposition
   subpoena.  Accordingly, defendant served his business, Hendrickson & Hunt, with a subpoena to
28 produce Mr. Hendrickson for deposition pursuant to Federal Rule of Civil Procedure 30(b)(6).

1    issue an order permitting [his] office to move forward with the agreed-upon deposition . . . and
2    modifying the scheduling order accordingly." *Id*. ¶ 9.
3        Plaintiff opposes defendant's request to modify the scheduling order, arguing that the
4    failure to complete the deposition by March 9, 2016 was due to defendant's failure to properly
5    serve Hendrickson & Hunt with the deposition subpoena.  ECF No. 38.  Plaintiff adds that
6    defendant served Daniel Leman, who is not the agent for service of process.  *Id*. at 2.  According
7    to the Secretary of State's website, Brian Hunt is Hendrickson & Hunt's agent for service of
8    process.  ECF No. 38-1.  Defendant contends, however, that after defendant served Hendrickson
9    & Hunt with the deposition subpoena, Hendrickson & Hunt changed its agent for service of
10   process from Daniel Leman to Mr. Hunt.  ECF No. 36 ¶ 5.
11       Regardless of the issues with service, good cause exists to grant the requested extension to
12   complete the deposition of Hendrickson.  Defendant experienced difficulty completing the
13   deposition because Hendrickson was out of the country.  Furthermore, Ms. Silva has represented
14   that Hendrickson is willing be deposed on the on April 21, 2016, and plaintiff has failed to show
15   that she will be prejudiced by completing the deposition on that date.  Accordingly, the court
16   finds good cause to modify the scheduling order to permit the deposition to be completed.  *See*
17   Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's
18   consent"); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992) (holding
19   that a motion to modify the schedule must be supported by a showing of good cause; i.e., that the
20   schedule could not have been met despite the moving party's diligence).
21       Accordingly, it is hereby ORDERED that:
22       1. Defendant's motion to compel Hendrickson & Hunt to produce Jay Hendrickson for
23   deposition (ECF No. 35) is deemed withdrawn and the March 23, 2016 hearing thereon is
24   vacated.
25       2. The deadline to complete discovery is extended to April 21, 2016, for the limited
26   purpose of completing the deposition of Jay Hendrickson.
27   /////
28   /////

3

3.  Jay Hendrickson's deposition shall commence at 8:00 a.m. on April 21, 2016 at Hendrickson & Hunt's Folsom office.  Defendant is reminded that the deposition is limited to two hours.  *See* ECF No. 23.

DATED:  March 22, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE