UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TINA CANUPP, | CIV. NO. 2:14-1185 WBS EFB |
| Plaintiff, | |
| v. | ORDER |
| CHILDREN'S RECEIVING HOME OF SACRAMENTO; and DOES 1 through 25, inclusive, | |
| Defendant. | |

----oo0oo----

Presently before the court is plaintiff Tina Canupp's request to seal certain documents filed with her opposition to defendant's motion for summary judgment. (Docket No. 43.) The specific documents plaintiff seeks to seal are investigation reports regarding allegations of misconduct toward youth against a former employee of defendant, who is not a party to this action. (Mesa Dep. Exs. M, O, Q included in Asbill Decl. in Opp'n to Def.'s Mot. for Summ. J. Ex. 5 (Docket No. 45).)

1

1  For the reasons stated in this court's previous Order
2  of March 3, 2016, (Docket No. 34), IT IS HEREBY ORDERED that
3  plaintiff's request to seal documents, (Docket No. 43), be, and
4  the same hereby is, GRANTED.
5  IT IS FURTHER ORDERED that Exhibits M, O, and Q to the
6  deposition of Norma Mesa, which are included as attachments in
7  Exhibit 5 to Natalia D. Asbill's declaration filed in opposition
8  to defendant's motion for summary judgment, (Docket No. 45), be
9  filed under seal.
10  IT IS SO ORDERED.
11  Dated:  April 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE