Natalia D. Asbill, SBN: 281860
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:  916.446.2000
Facsimile:  916.447.6400
nasbill@perkins-lawoffice.com

Attorneys for Plaintiff
TINA CANUPP

ADRIAN M. HOPPES, State Bar No. 288477
STEVE R. HOLDEN, State Bar No. 166094
HOLDEN LAW GROUP
1522 Lincoln Way
Auburn, CA  95603-5015
Telephone:     530.888.0901
Facsimile:     530.888.0902
Adrian@holdenlawgroup.com

Attorneys for Defendant
CHILDREN'S RECEIVING HOME
OF SACRAMENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CANUPP<br><br>          Plaintiff,<br><br>     v.<br><br>CHILDREN'S RECEIVING HOME OF SACRAMENTO; and DOES 1 to 25, inclusive<br><br>          Defendants. | Case No. 2:14-CV-01185-WBS-EFB<br><br>**ORDER ON<br>STIPULATION OF DISMISSAL** |

///

///

///

///

///

1  On July 29, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.

3  Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE